UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BLACKHAWK DEVELOPMENT, LLC,

                            Plaintiff(s),

     - against -

KRUSINSKI CONSTRUCTION COMPANY,

                            Defendant(s),
and third-party action.
-----------------------------------------------------------x

**ADJOURNMENT ORDER**

19 Civ. 5590 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

    The above case previously scheduled for a status conference on September 10, 2021 before the United States District Judge Nelson S. Román, **is hereby adjourned sine die** pending resolution of Third-Party Defendants' motions to dismiss.

                                                    SO ORDERED.

Dated:     White Plains, New York
               August 27, 2021

                                              Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/2021